RENO *v.* THE STATE on the relation of ACKERETT.

ERROR to the *Jackson* Circuit Court.

*Per Curiam.*—This case is similar to, and falls within the decision of, a case between parties of the same name, reported in 6 Ind. R. 308.

The judgment is affirmed, with 10 per cent. damages and costs.

*F. Emerson,* for the plaintiff.

*W. T. Otto,* for the state.